TRUST AND DEPOSIT COMPANY OF ONONDAGA, Respondent, *v.* TOWNSEND VERITY et al., Appellants, Impleaded with Another.

*Trust & Deposit Co. of Onondaga* v. *Verity,* 62 App. Div. 624, affirmed.
(Argued October 9, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 14, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Theodore E. Hancock* and *James C. De La Mare* for appellants.

*L. B. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, HAIGHT, VANN and WERNER, JJ.; PARKER, Ch. J., O'BRIEN and CULLEN, JJ., dissent on the ground that errors were committed in the admission of evidence.